

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00797-CV

**IN THE ESTATE OF MADELINE P. DAVILA, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-3188
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due February 2, 2017. Neither the brief nor a motion for extension of time has been filed. We **order** appellant to file, **by February 16, 2017,** the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2017.

Keith E. Hottle
Clerk of Court